UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
STEPHEN D. ALSTER,                    :

            Plaintiff,           :     05 Civ. 10883 (WHP)

   -against-                          :     ORDER

GLENN S. GOORD et al.,                :

            Defendants.          :
------------------------------X

WILLIAM H. PAULEY III, District Judge:

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/3/2010

           Plaintiff's motion to strike Defendants' opposition papers (Docket No. 78) is denied.

Dated: February 2, 2010
      New York, New York

                            SO ORDERED:

                            WILLIAM H. PAULEY III
                              U.S.D.J.

*Copies mailed to:*

Stephen P. Alster
02A3631
Green Haven Corr. Fac.
Box 4000
Stormville, NY 12582
*Plaintiff Pro Se*

Judy Prosper, Esq.
Assistant Attorney General
120 Broadway
New York, NY 10271
*Counsel for State Defendants*

2

Janice Silverberg, Esq.
Assistant Corporation Counsel
100 Church Street
New York, NY 10007
*Counsel for City Defendants*